

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PAUL NOMEE, III, <br><br> Defendant. | CR 04-00003-BLG-SPW <br><br><br> ORDER |

At the request of U.S. Probation,

**IT IS HEREBY ORDERED** that the Final Hearing regarding Revocation of Supervised Release currently scheduled for Tuesday, October 24, 2017 at 2:30 p.m., is **VACATED** and reset to commence on **Wednesday, November 1, 2017 at 3:30 p.m.**

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 16th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1